1  Gregory C. Cattermole, Esq. (SBN 99465)
   CARCIONE, CATTERMOLE, DOLINSKI, et al
2  601 Brewster Avenue,
   P.O. Box 3389
3  Redwood City, CA 94064
   (650) 367-6811
4  (650) 367-0367 - facsimile

5  Attorneys for Plaintiff
   TODD JAMES GOODWIN
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 TODD JAMES GOODWIN                    Case No.: C 06-03713 SC

11           Plaintiff,                  **NOTICE OF VOLUNTARY
                                         DISMISSAL OF ACTION WITH
12      v.                               PREJUDICE**

13 DI PIETRO TRUCKING COMPANY, THOMAS
   ROBERT GAPP, and DOES 1 through 25.
14

15           Defendants.

16

17      NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily

18 dismissal the above-captioned action **with prejudice**. Each side is to bear their own costs.

19

20 Dated: September 11, 2006              CARCIONE, CATTERMOLE, DOLINSKI, et al

21
                                         By _____
22                                          GREGORY C. CATTERMOLE
                                            Attorneys for Plaintiff
23                                          TODD JAMES GOODWIN

24
                                         IT IS SO ORDERED
25                                       [signature]
                                         Judge Samuel Conti
26

27

28
                                                                                         1

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE